# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALTON BELL,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>USA, et al.,<br><br>　　　　　　　　　　Respondents. | Civil No.   07cv2259-BEN (AJB)<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |

　　　Petitioner, a federal prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis.  Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice.  See Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this case, he must submit, **no later than January 22, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee.  The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

　　　IT IS SO ORDERED.

DATED: December 4, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge